Jacob Levy, for appellant; Louis T. Herzon, for appellees. Opinion by Presiding Justice Schwartz. Not to be published in full. Opinion filed December 22, 1953; rehearing denied February 16, 1954; released for publication February 19, 1954.

## Arnold Asplund, Appellee, v. Roy O. Pavlik, Trading as Pavlik Brothers, Appellant.

### Gen. No. 46,116.   (Abstract of Decision.)

B. F. Martin, and Thomas K. Gifford, for appellant; Thomas C. Angerstein, George W. Angerstein, and Charles T. Shanner, of counsel; Joseph Barbera, for appellee. Opinion by Presiding Justice Schwartz. Not to be published in full. Opinion filed December 22, 1953; rehearing denied January 22, 1954; released for publication February 19, 1954.